## OFFICERS RETURN OF SERVICE

COUNTY: FEDERAL          CASE # B-02-082          COURT
                                                  Clt. Ref.#                    Clt.# 1610  4

HECTOR MARIO RAMIREZ AND SAN JUANA GUZMAN, INDVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY SITUATED.

VS

CENTEX CREDIT CORPORATION D/B/A CENTEX HOME EQUITY CORPORATION
AND CENTEX HOME EQUITY COMPANY, LLC

United States District Court
Southern District of Texas
FILED

MAY 0 6 2002

Michael N. Milby
Clerk of Court

The documents came to our hand for service on 04/29/02  Time: 13:08:09

Documents received for service:

CA B-02-82

**FEDERAL SUMMONS AND COMPLAINT, ORDER FOR CONFERENCE AND
DISCLOSURE OF INTERESTED PARTIES**

The documents were delivered on **04/30/02  Time: 09:00:00**

Executed at: 800 Brazos St., Suite 750
              Austin, TX 78701

to the following: **Centex Credit Corporation
                   D/B/A Centex Home Equity Corp., By Delivering To Corporation
                   Service Company**

✓ PERSONALLY delivering the document(s) to the person above.
___ SUBSTITUTE SERVICE per Order by delivering to _____ in person
    who is sixteen (16) years of age or older, at the above listed address which is the
    usual place of abode/business of the above named person.
___ POSTING per Order by securely affixing to the main entry way at the above address.

**AFFIDAVIT**

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have never been convicted of a felony or misdemeanor involving moral turpitude
in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES
OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: _____                    Steve W Broussard
                                          Professional Civil Process Austin
Witness Fee Tendered: _____           P.O. Box 342467
                                          Austin, Texas 78734-0042
STATE OF TEXAS}                           (512) 477-3500

**VERIFICATION**

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct  Given my hand and seal of office this 30 day of April 2002.

PCP Inv.# A04021731                       NOTARY PUBLIC SIGNATURE


JACKLYNN GAYE MALARKEY
MY COMMISSION EXPIRES
January 23, 2006

440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____                   _____
            *Date*                             *Signature of Server*

                                               _____
                                               *Address of Server*

PROCESS SERVED
AFFIDAVIT ATTACHED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action



# UNITED STATES DISTRICT COURT

| Southern | District of | Texas, Brownsville Division |

Hector Mario Ramirez and San Juana Guzman,
Individually and on behalf of all others similarly
situated,
V.
vs.

**SUMMONS IN A CIVIL CASE**

Centex Credit Corporation d/b/a Centex Home
Equity Corporation and Centex Home Equity
Company, LLC

CASE NUMBER: B-02.082

TO: (Name and address of Defendant)

Centex Credit Corporation d/b/a Centex Home Equity Corporation
Corporation Service Company
800 Brazos Street, Suite 750
Austin, Texas 78701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Ventura
Conrad Bodden
Law Offices of John Ventura, P.C.
62 E. Price Rd.
Brownsville, Texas 78521

Stephen Gardner
Law Office of Stephen Gardner, P.C.
1845 Woodall Rodgers Freeway, Suite 1750
Dallas, Texas 75201

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

4-23-02

CLERK

(By) DEPUTY CLERK

DATE