IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 8 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| **Hector Mario Ramirez and** § | |
| **San Juana Guzman,** § | |
| Individually and on behalf of all others similarly situated, § § | |
| § | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO. B-02-082 |
| vs. § | |
| § | |
| **Centex Credit Corporation d/b/a** § | |
| **Centex Home Equity Corporation and** § | |
| **Centex Home Equity Company, LLC** § | |
| § | |
| Defendants. § | |

## PLAINTIFFS' NOTICE OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, Hector Mario Ramirez and San Juana Guzman, file their notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(i).

1. Plaintiffs sued Defendants, Centex Credit Corporation d/b/a Centex Home Equity Corporation and Centex Home Equity Company, LLC, on April 23, 2002.

2. Defendants have been served with process and have not filed an answer or motion for summary judgment.

3. This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

4. Plaintiffs have not dismissed an action based on or including the same claim or claims as those presented in this suit.

**Plaintiffs' Notice of Dismissal, page 1**

5.  This dismissal is without prejudice.

                          Respectfully submitted,

John Ventura
Federal Id Number 1646
Texas State Bar Number 20545700
Conrad Bodden
Federal Id Number 21003
Texas State Bar Number 00796220
Law Offices of John Ventura, P.C.
62 E. Price Road
Brownsville Texas 78521
Telephone:   956/546-9398
Telecopier:   956/542-1478
Counsel for Plaintiffs and the Class

By: */s/ John Ventura*
John Ventura

Stephen Gardner
Federal Id Number 16111
Texas State Bar Number 07660600
Law Office of Stephen Gardner, PC
1845 Woodall Rodgers Freeway, Suite 1750
Dallas, Texas 75201
Telephone:   214/954-0663
Telecopier:   214/871-8957
Counsel for Plaintiffs and the Class

**Plaintiffs' Notice of Dismissal, page 2**

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of Plaintiffs' Notice of Dismissal by certified mail, return receipt requested to Defendants' registered agent whose address is Corporation Service Company, 800 Brazos St., Suite 750, Austin, Texas 78701 on May 8, 2002.

John Ventura