IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Hector Mario Ramirez and** | § | |
| **San Juana Guzman,** | § | |
| Individually and on behalf of all others similarly situated, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. B-02-082 |
| vs. | § | |
| | § | |
| **Centex Credit Corporation d/b/a** | § | |
| **Centex Home Equity Corporation and** | § | |
| **Centex Home Equity Company, LLC** | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

On this day, came on to be considered Plaintiffs' Notice of Dismissal. The Court having considered Plaintiffs' Notice of Dismissal is of the opinion that the Dismissal should be granted without prejudice.

The Court therefore GRANTS the Notice of Dismissal and dismisses the case without prejudice.

SIGNED on 9 MAY , 2002.

_____
U.S. District Judge

APPROVED & ENTRY REQUESTED:
John Ventura
Law Offices of John Ventura, P.C.
62 East Price Road
Brownsville, TX 78521